LAW OFFICES OF
**WALKUP, MELODIA, KELLY & SCHOENBERGER**
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
(415) 981-7210

SPENCER J. PAHLKE (State Bar #250914)
spahlke@walkuplawoffice.com

ANDREW H. SWARTZ (State Bar #58429)
Ahswartz@aol.com
SPIERING, SWARTZ & KENNEDY
550 Hartnell Street
Monterey, CA 93940
(831) 373-3235
**ATTORNEYS FOR PLAINTIFFS**
KELLY CAMPBELL

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLY CAMPBELL,<br><br>                          Plaintiffs,<br><br>         v.<br><br>TAHOE FOREST HOSPITAL DISTRICT and EDWARD HENEVELD, M.D.,<br><br>                          Defendants. | Case No. 2:16-CV-00578-TLN-KJN<br><br>**ORDER PERMITTING PLAINTIFF KELLY CAMPBELL TO FILE A FIRST AMENDED COMPLAINT** |

**ORDER**

IT IS HEREBY ORDERED THAT:

Plaintiff Kelly Campbell is permitted to file a First Amended Complaint (FAC). **The FAC is to be filed with the Court within 10 days of this signed Order.**

Dated: August 3, 2016

_____
Troy L. Nunley
United States District Judge

---

ORDER PERMITTING PLAINTIFF KELLY CAMPBELL TO FILE A FIRST AMENDED COMPLAINT - CASE NO. 2:16-CV-00578-TLN-KJN